# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

NORMAN ABBOTT and
DINAH ABBOTT                                          *

Plaintiffs                                                      *

v                                                                    *        Civil Case No. CCB-09-2146
KAREN WILLIAMS,
PATRICIA CONNORS,                                *
JANE DOE NAGEL,
ROBERT E. PAYNE,                                    *
SHARON WILSON,
SHARON COOK,                                         *
MARY KAY HATTON,
JOAN McCRACKEN,                                   *
REED SMITH,
TRAVIS A. SABALEWSKI, and                  *
CURTIS G. MANCHESTER
Defendants                                                   *
                                                                      ***

## MEMORANDUM

The above-captioned case was filed on August 14, 2009, together with a motion to proceed in forma pauperis. Paper No. 2. Because they appear to be indigent, the motion shall be granted.

Plaintiffs are suing judges, clerk's office staff and attorneys who were involved in a lawsuit filed in the United States District Court for the Eastern District of Virginia. Paper No. 1.

Aside from the numerous immunity issues involved, all of the parties in this case reside in Virginia and all of the conduct alleged took place in Virginia. Plaintiffs assert this matter involves a federal question. Under 28 U.S.C. § 1391(b), a civil action that is not founded on diversity of citizenship may be brought only in the judicial district where any of the defendants reside, if all defendants reside in the same State or a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, except as otherwise provided by law.

This court has no venue over the matter.  To the extent plaintiffs are seeking redress for a judicial decision against them, the proper avenue is through appellate review.

      The complaint will be dismissed by separate order which follows.

<u>August 27, 2009</u>                                                           <u>  /s/                    </u>
Date                                                                                    Catherine C. Blake
                                                                                     United States District Judge